OCT 3 0 2019
CHARLES R. DIARD, JR.
CLERK

JAW

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 19-00256-CG |
| | * | USAO NO. 19R00398 |
| v. | * | |
| | * | VIOLATIONS:    26 USC § 7206(1) |
| NAKIA FRANCIES WHEELER | * | 26 USC §7206 (2) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
**Filing a False Document (Violation of 26 U.S.C. § 7206(1))**

On or about January 31, 2014, in the Southern District of Alabama, Southern Division,

the defendant,

**NAKIA FRANCIES WHEELER,**

did willfully make and subscribe a Form 1040, U.S. Individual Income Tax Return, for tax year

2013, which was verified by a written declaration that it was made under the penalties of perjury

and which she did not believe to be true and correct as to every material matter.

That document, which the Defendant prepared and signed in the Southern District of

Alabama and filed with the Internal Revenue Service, stated, on Form 8863 line 22, that she was

entitled to an American Opportunity Credit, whereas, as she then and there knew, she was not

entitled to an American Opportunity Credit because she did not attend Pensacola Junior College

in 2013, as claimed.

In violation of Title 26, United States Code Section 7206(1).

1

## COUNT TWO
### Filing a False Document (Violation of 26 U.S.C. § 7206(1))

On or about January 21, 2016, in the Southern District of Alabama, Southern Division,

the defendant,

**NAKIA FRANCIES WHEELER,**

did willfully make and subscribe a Form 1040, U.S. Individual Income Tax Return, for tax year

2015, which was verified by a written declaration that it was made under the penalties of perjury

and which she did not believe to be true and correct as to every material matter.

That document, which the Defendant prepared and signed in the Southern District of

Alabama and filed with the Internal Revenue Service, stated, on Form 8863 line 22, that she was

entitled to an American Opportunity Credit, whereas, as she then and there knew, she was not

entitled to an American Opportunity Credit because she did not attend Forrest Tech in 2015, as

claimed.

In violation of Title 26, United States Code Section 7206(1).

## COUNT THREE
### Filing a False Document (Violation of 26 U.S.C. § 7206(1))

On or about January 25, 2017, in the Southern District of Alabama, Southern Division,

the defendant,

**NAKIA FRANCIES WHEELER,**

did willfully make and subscribe a Form 1040, U.S. Individual Income Tax Return, for tax year

2016, which was verified by a written declaration that it was made under the penalties of perjury

and which she did not believe to be true and correct as to every material matter.

2

That document, which the Defendant prepared and signed in the Southern District of Alabama and filed with the Internal Revenue Service, stated, on Form 8863 line 22, that she was entitled to an American Opportunity Credit, whereas, as she then and there knew, she was not entitled to an American Opportunity Credit because she did not attend Virginia College in 2016, as claimed.

In violation of Title 26, United States Code Section 7206(1).

## COUNT FOUR
### Filing a False Document (Violation of 26 U.S.C. § 7206(1))

On or about January 17, 2018, in the Southern District of Alabama, Southern Division, the defendant,

**NAKIA FRANCIES WHEELER,**

did willfully make and subscribe a Form 1040, U.S. Individual Income Tax Return, for tax year 2017, which was verified by a written declaration that it was made under the penalties of perjury and which she did not believe to be true and correct as to every material matter.

That document, which the Defendant prepared and signed in the Southern District of Alabama and filed with the Internal Revenue Service, stated, on FormW-2, that she was employed by Landrum Professional Employer, earned wages, and paid withholding deductions, whereas, as she then and there knew, she was not employed by Landrum Professional in 2017, did not earn wages, and was not entitled to any withholding credit.

In violation of Title 26, United States Code Section 7206(1).

3

## COUNTS FIVE THROUGH TWENTY-SEVEN
### False Statements (Violations of Title 26, United States Code Section 7206(2))

On or about the date set forth below for each count, in the Southern District of Alabama, Southern Division, the defendant,

### NAKIA FRANCIES WHEELER,

did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of U.S. Individual Income Tax Returns, Forms 1040, for the taxpayers and calendar years specified.

The returns were false and fraudulent as to material matters, in that the defendant represented that the taxpayer named in each count was entitled under the provisions of the Internal Revenue laws to claim deduction(s) in the amount(s) hereinafter specified, whereas, as the defendant then and there knew, the taxpayer was not entitled to claim the deduction(s) in the claimed amount(s).

The allegations of the preceding paragraph of this indictment are repeated and realleged in Counts 5 through 27, inclusive, of this Indictment, as though fully set forth therein:

| COUNT | TAXPAYER | FILED DATED | FALSE STATEMENT(S) | TAX YEAR | TAX LOSS |
|---|---|---|---|---|---|
| 5 | A.E. | 02/09/2016 | Schedule C Income $2,800; American Opportunity Credit $1,000 | 2015 | $1,573 |
| 6 | A.E. | 01/30/2017 | Schedule C Income $13,000; American Opportunity Credit $2,000 | 2016 | $5,994 |
| 7 | A.E | 01/28/2018 | Schedule C Income $10,000; American Opportunity Credit $1,000 | 2017 | $2,856 |
| 8 | B.R. | 02/02/2017 | American Opportunity Credit $1,000 | 2016 | $5,713 |
| 9 | B.R. | 02/15/2018 | American Opportunity Credit $2,000 | 2017 | $3,752 |

4

| 10 | D.G. | 02/05/2014 | Schedule C Income $500; American Opportunity Credit $1,000 | 2013 | $930 |
|---|---|---|---|---|---|
| 11 | D.G. | 01/29/2015 | Schedule C Income $3,000; American Opportunity Credit $2,000 | 2014 | $1,521 |
| 12 | D.G. | 01/20/2016 | Schedule C Income $4,500; American Opportunity Credit $2,000 | 2015 | $2,829 |
| 13 | D.G. | 02/15/2017 | Schedule C Income $10,000; American Opportunity Credit $2,000 | 2016 | $4,826 |
| 14 | D.G. | 02/09/2018 | American Opportunity Credit $1,000 | 2017 | $1,328 |
| 15 | D.S. | 03/01/2017 | Schedule C Income $16,000; American Opportunity Credit $4,000 | 2016 | $7,741 |
| 16 | G.M. | 02/17/2017 | Schedule C Income $8,000; American Opportunity Credit $3,000 | 2016 | $5,505 |
| 17 | G.M. | 01/11/2018 | Schedule C Income $8,000; American Opportunity Credit $2,000 | 2017 | $3,395 |
| 18 | P.K. | 01/13/2015 | Schedule C Income $10,000; American Opportunity Credit $1,900 | 2014 | $2,754 |
| 19 | P.K. | 01/21/2016 | Schedule C Income $6,000; American Opportunity Credit $2,000 | 2015 | $3,153 |
| 20 | P.K. | 01/24/2017 | Schedule C Income $6,000; American Opportunity Credit $3,000 | 2016 | $4,133 |
| 21 | P.K. | 02/02/2018 | Schedule C Income $5,000; American Opportunity Credit $2,000 | 2017 | $2,692 |
| 22 | P.B. | 02/01/2016 | American Opportunity Credit $3,000 | 2015 | $7,110 |
| 23 | R.S. | 02/08/2014 | Schedule C Income $4,000; American Opportunity Credit $3,000 | 2013 | $4,267 |
| 24 | R.S. | 03/20/2017 | American Opportunity Credit $2,000 | 2016 | $5,231 |
| 25 | S.F. | 02/09/2016 | Schedule C Income $6,600; American Opportunity Credit $3000 | 2015 | $4,676 |

| 26 | S.F. | 03/25/2017 | Schedule C Income $8,400; American Opportunity Credit $3,000 | 2016 | $5,064 |
|----|------|------------|---------------------------------------------------------------|------|--------|
| 27 | T.R. | 01/27/2014 | American Opportunity Credit $5,000 | 2013 | $5,000 |

In violation of Title 26, United States Code, Section 7206(2).

A TRUE BILL

_____

FOREMAN UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

RICHARD W. MOORE
UNITED STATES ATTORNEY

By:

_____
JAMIE A. WILSON
Assistant United States Attorney

_____
SEAN P. COSTELLO
Assistant United States Attorney
Chief, Criminal Division

OCTOBER 2019

6

## PENALTY PAGE

**CASE STYLE:**          **UNITED STATES v. NAKIA FRANCIES WHEELER**

**DEFENDANT:**         **NAKIA FRANCIES WHEELER (ALL COUNTS)**

**USAO NO.**           **19R00398**

**AUSA:**                **Jamie A. Wilson**


**CODE VIOLATIONS:**

| | |
|---|---|
| **COUNTS 1-4:** | **26 USC § 7206 (1), Making and Subscribing False Tax Returns** |
| **COUNTS 5-27:** | **26 USC § 7206(2), False Statements** |


**PENALITIES:**

| | |
|---|---|
| **COUNTS 1-4:** | **3 yrs/$100,000/3 yrs SRT/$100 SA** |
| **COUNTS 5-27:** | **3 yrs/$100,000/3 yrs SRT/$100 SA** |

1